[No. 38430-2-II. Division Two. January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST LEE BRAZZEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02245-2, Bryan E. Chushcoff, J., entered October 10, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ.

[No. 38499-0-II. Division Two. January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WADE T. HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00404-2, F. Mark McCauley, J., entered October 27, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38579-1-II. Division Two. January 26, 2010.]

TIMOTHY D. PASCHAL, *as Personal Representative*, *Respondent*, v. JAY T. FERGUSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-2-02814-7, M. Karlynn Haberly, J., entered October 17, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 38620-8-II. Division Two. January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON RONALD SLIGHTE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00226-2, Richard L. Brosey, J., entered November 5, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Hunt, J.